JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Niaja Brown

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro se

## DEFENDANTS

The Children's Hospital of Philadelphia

County of Residence of First Listed Defendant    Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Neil J. Hamburg, Esquire/Nancy L. Goldstein, Esquire
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310, Phila., PA 19103-1443

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
Plaintiff
- ☒ 3  Federal Question
*(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
Defendant
- ☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original
Proceeding
- ☒ 2  Removed from
State Court
- ☐ 3  Remanded from
Appellate Court
- ☐ 4  Reinstated or
Reopened
- ☐ 5  Transferred from
Another District
*(specify)*
- ☐ 6  Multidistrict
Litigation -
Transfer
- ☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 2000(e), et. seq.

Brief description of cause:
Wrongful termination of employment in violation of civil rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
in excess of $50,000

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
June 6, 2018

SIGNATURE OF ATTORNEY OF RECORD
*Nancy Goldstein*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Niaja Brown | : | CIVIL ACTION |
| v. | : | |
| The Children's Hospital of Philadelphia | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    (   )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          (   )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (   )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                  (   )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                     (   )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( X )

| | | |
|---|---|---|
| June 6, 2018 | Nancy L. Goldstein | Defendant, The Children's Hospital of |
| **Date** | **Attorney-at-law** | **Attorney for**   Philadelphia |
| (215) 255-8594 | (215) 255-8583 | goldsteinnl@hamburg-golden.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 1212 North 64th Street, Philadelphia, PA  19151

Address of Defendant: 3401 Civic Center Boulevard, Philadelphia, PA  19104

Place of Accident, Incident or Transaction: Philadelphia, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | Yes | No |
|---|---|---|---|
| 1. | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | ☐ | ☑ |
| 2. | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | ☐ | ☑ |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | ☐ | ☑ |
| 4. | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | ☐ | ☑ |

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/06/2018     Nancy L. Goldstein *(signature)*     40019

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

A.  *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases *(Please specify):*

B.  *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.     Because this is a Notice of Removal, filing counsel does not represent the plaintiff and does not have knowledge to accurately complete the arbitration certification.

DATE: _____     _____     _____

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NIAJA BROWN                          :
         Plaintiff        :
                :   CIVIL ACTION
     v.                       :
                :   NO.
THE CHILDREN'S HOSPITAL OF           :
  PHILADELPHIA                       :
                :
         Defendant        :

## NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

Defendant, the proper name of which is The Children's Hospital of Philadelphia (CHOP), by and through its undersigned counsel, hereby removes this case pursuant to 28 U.S.C. § 1441, to this Court from the Philadelphia County Court of Common Pleas. In support, CHOP states the following:

1.     On May 31, 2018, plaintiff Niaja Brown, *pro se*, filed a complaint for wrongful discharge, together with a Petition to Proceed *in forma pauperis*, in the Philadelphia Court of Common Pleas ("Philadelphia CCP"), May Term 2018, No. 03328. Exhibit 1, the Philadelphia CCP docket; Exhibit 2, the Philadelphia CCP Complaint.

2.     Specifically, Plaintiff claims her discharge from CHOP was unlawful because it violated "Title VII of the Civil Rights Act of 1964." ("Title VII"). Complaint, paragraph 9, Exhibit 2.

3.     Plaintiff further claims her discharge from CHOP was unlawful because CHOP is "in violation of the Declaration of Helsinki." Complaint, paragraph 10, Exhibit 2.

4.     This Court has original jurisdiction under 28 U.S.C. § 1331 over the claims for discrimination based upon Title VII, 42 U.S.C. 2000(e), *et. seq.*, raised by plaintiff in the Philadelphia CCP action because the claims arise under the laws of the United States.

5.     This Court has original jurisdiction under 28 U.S.C. § 1331 over the claims for discrimination and retaliation raised by plaintiff in the Philadelphia CCP action because the claims arise under the laws of the United States.

6.     By reason of the foregoing, CHOP is entitled to have this case removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

7.     In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is removable or has become removable."

3

8.   This Court is the district embracing the place where the State Court Action is pending for purposes of 28 U.S.C. § 1441(a).

9.   True and correct copies of this Notice of Removal are being promptly filed with the Philadelphia Court of Common Pleas, and served this date upon plaintiff.

10.   In accordance with 28 U.S.C. § 1446(a), CHOP is attaching copies of all process, pleadings, and orders served upon CHOP in the Philadelphia CCP action.

WHEREFORE, Defendant, The Children's Hospital of Philadelphia, requests that this case be removed to the United States District Court for the Eastern District of Pennsylvania, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings.

Respectfully submitted,

/s/ Nancy L. Goldstein
NEIL J. HAMBURG
NANCY L. GOLDSTEIN
ID. Nos. 32175 and 40019
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590
hamburgnj@hamburg-golden.com
goldsteinnl@hamburg-golden.com

Attorneys for Defendant
The Children's Hospital of
Philadelphia

Dated:  June 6, 2018

## CERTIFICATE OF SERVICE

I, Nancy L. Goldstein, certify that the foregoing Notice of Removal has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing pleading is being served by certified first class mail, return receipt requested, on the below date, upon:

      Niaja Brown
      1212 N. 64th Street
      Philadelphia, PA 19151


      /s/ Nancy L. Goldstein
      NANCY L. GOLDSTEIN

Dated:  June 6, 2018

# EXHIBIT 1

The Philadelphia Courts
## Civil Docket Access

🛒 No Items in Cart | **LOGIN**

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 180503328 |
| **Case Caption:** | BROWN VS CHILDREN'S HOSPITAL OF PHILADELPHIA |
| **Filing Date:** | Thursday , May 31st, 2018 |
| **Court:** | MAJOR JURY |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | EMPLOYMENT, WRONGFUL DISCHARGE |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| MOT-PROCEED IN FORMA PAUPERIS | 31-MAY-2018 | 18054093 | 31-MAY-2018 | JUDGE, SUPERVISING |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PRO SE FILER | BROWN, NIAJA Y |
| **Address:** | 1212 N 64TH ST PHILADELPHIA PA 19151 (215)888-4882 | **Aliases:** | *none* | |

| 2 | 1 | | PLAINTIFF | BROWN, NIAJA |
|---|---|---|---|---|
| **Address:** | 1212 N 64 ST PHILADELPHIA PA 19151 | **Aliases:** | *none* | |

| 3 | | | DEFENDANT | CHILDREN'S HOSPITAL OF PHILADELPHIA |
|---|---|---|---|---|
| **Address:** | 3401 CIVIC CENTER BLVD PHILADELPHIA PA 19104 | **Aliases:** | *none* | |

| 4 | | | JUDGE | JUDGE, SUPERVISING |
|---|---|---|---|---|
| **Address:** | 656 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 31-MAY-2018 11:37 AM | ACTIVE CASE | | | 31-MAY-2018 11:40 AM |
| **Docket Entry:** | E-Filing Number: 1805070834 | | | |
| 31-MAY-2018 11:37 AM | COMMENCEMENT CIVIL ACTION JURY | BROWN, NIAJA Y | | 31-MAY-2018 11:40 AM |
| **Documents:** | ⚒ Click link(s) to preview/purchase the documents Final Cover | 🛒 **Click HERE to purchase all documents related to this one docket entry** | | |
| **Docket Entry:** | *none.* | | | |

| 31-MAY-2018 11:37 AM | COMPLAINT FILED NOTICE GIVEN | BROWN, NIAJA Y | | 31-MAY-2018 11:40 AM |
|---|---|---|---|---|
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents <br> doc12090820180531113539.pdf | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |

| 31-MAY-2018 11:37 AM | JURY TRIAL PERFECTED | BROWN, NIAJA Y | | 31-MAY-2018 11:40 AM |
|---|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |

| 31-MAY-2018 11:37 AM | WAITING TO LIST CASE MGMT CONF | BROWN, NIAJA Y | | 31-MAY-2018 11:40 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 31-MAY-2018 11:37 AM | MOT-PROCEED IN FORMA PAUPERIS | BROWN, NIAJA Y | | 31-MAY-2018 11:40 AM |
|---|---|---|---|---|
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents <br> In Forma Pauperis Form **(CONFIDENTIAL)** <br> IFP CoverSheet Form **(CONFIDENTIAL)** | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 93-18054093 (FILED ON BEHALF OF NIAJA BROWN) | | | |

| 31-MAY-2018 03:14 PM | MOTION ASSIGNED | | | 31-MAY-2018 03:14 PM |
|---|---|---|---|---|
| **Docket Entry:** | 93-18054093 MOT-PROCEED IN FORMA PAUPERIS ASSIGNED TO JUDGE: JUDGE, SUPERVISING . ON DATE: MAY 31, 2018 | | | |

| 05-JUN-2018 10:36 AM | AFFIDAVIT OF SERVICE FILED | BROWN, NIAJA | | 05-JUN-2018 12:00 AM |
|---|---|---|---|---|

| Documents: | ⚲ Click link(s) to preview/purchase the documents<br>AFDVT_8.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry |
| --- | --- | --- |
| **Docket Entry:** | OF COMPLAINT BY PERSONAL SERVICE UPON MICHELLE REGABULTO OF CHOP ON JUNE 1, 2018 AT 11:45AM BY AJIBADE M. MELANA. | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

Search Home

# EXHIBIT 2

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

MAY 2018

E-Filing Number: 1805070834

003328

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| NIAJA BROWN | CHILDREN'S HOSPITAL OF PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1212 N. 64 ST<br>PHILADELPHIA PA 19151 | 3401 CIVIC CENTER BLVD<br>PHILADELPHIA PA 19104 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

1E - EMPLOYMENT, WRONGFUL DISCHARGE

*Accepted for C H?. Michele Rapkut*

REC'D MAY 31 2018

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES     NO |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>MAY **31** 2018<br><br>**M. BRYANT** | |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>NIAJA BROWN</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| NIAJA Y. BROWN | 1212 N 64TH ST<br>PHILADELPHIA PA 19151 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)888-4882 | none entered |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| na | ajain0315@outlook.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| NIAJA BROWN | Thursday, May 31, 2018, 11:37 am |

FINAL COPY (Approved by the Prothonotary Clerk)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Niaja Brown

Filed and Attested by the
Office of Judicial Records
31 MAY 2018 11:37 am
M. BRYANT

_____, 20 18

v

No _____

Children's Hospital of Phila

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licencindos
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

Case ID: 180503328

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Niaja BROWN

_____
Plaintiff(s)

v.

Childrens Hospital of
Philadelphia
_____
Defendant(s)

_____ Term, 20_____

No. _____

CIVIL ACTION COMPLAINT

1. I Niaja Brown am bringing a complaint againts my former employer Childrens Hospital of Philadelphia

2. I currently reside at 1212 N. 64st Phila. PA 19151

3. I am stating that Childrens Hospital of Phila at 3401 Civic Center Blvd. Phila PA 19104 wrongful terminated my employment within their organization.

4. I was a Union member and had a contracted obligation to fulfill until July. 1. 2021

5. The termination was executed on Dec. 5. 2017, but prior to that I was placed on unpaid leave for not getting the Flu Shot prior to their Nov. 15. 2017 deadline.

6. I Niaja Brown placed an Advance Directive

Case ID: 180503328
cont.

within my file backed by International Law against be coerce into getting the Flu Shot against my will.

7. My former Employer "Childrens Hospital of Philadelphia" had an allowance for exemption in their Policy.

8. I, Niaja Brown explain to my former employer "Children's Hospital of Philadelphia" that my religious belief had no other authority stemming from the progression of my faith transitioning and that I should have ban good enough authority.

9. Childrens Hospital is in Violation of Title VII of the Civil Rights Act of 1964.

10. Being that Childrens Hospital of Philadelphia is a research organization they are also in Violation of the Declaration of Helsinki.

11. I, Niaja Brown would also like a subpoena of documents from Children's Hospital of Philadelphia to support that my beliefs were being violated in connection with the Flu Shot and also evaluation of performance. to show that my exemplary work performance and not putting patients at jeopardy.

Wherefore, Plaintiff requests damages in an amount to be determined at trial, court costs, and for such other and further relief as the court deems just and proper.

*excess 50,000.*

VERIFICATION

Plaintiff(s) _____ *Niaja Brown* _____

hereby verify that the statements set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that these statements are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

_____ *Niaja Brown* _____
Signature

_____
Signature

Dated: _5/30/2018_

Case ID: 180503328

# PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

| FOR COURT USE ONLY | |
|---|---|
| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE:<br>06/11/2018 |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response.*
*Status may be obtained online at http://courts.phila.gov*

CONTROL NUMBER:

18054093

(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)

May_____ Term, 2018
    *Month*                    *Year*
No._____ 03328

Name of Filing Party:

NIAJA BROWN-PLF

BROWN VS CHILDREN'S HOSPITAL OF
PHILADELPHIA

INDICATE NATURE OF DOCUMENT FILED:
- ☐ Petition *(Attach Rule to Show Cause)*  ☒ Motion
- ☐ Answer to Petition  ☐ Response to Motion

Has another petition/motion been decided in this case?  ☐ Yes  ☐ No
Is another petition/motion pending?  ☐ Yes  ☐ No
*If the answer to either question is yes, you must identify the judge(s):*

| TYPE OF PETITION/MOTION (see list on reverse side) | PETITION/MOTION CODE (see list on reverse side) |
|---|---|
| MOT-PROCEED IN FORMA PAUPERIS | MTIFP |

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding)

I. CASE PROGRAM

OTHER PROGRAM

Court Type: MAJOR JURY
Case Type: EMPLOYMENT, WRONGFUL DISCHARGE

II. PARTIES *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

NIAJA Y BROWN
1212 N 64TH ST , PHILADELPHIA PA
19151
CHILDREN'S HOSPITAL OF PHILADELPHIA
3401 CIVIC CENTER BLVD , PHILADELPHIA
PA 19104

III. OTHER

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

| | May 31, 2018 | NIAJA Y. BROWN | |
|---|---|---|---|
| *(Attorney Signature/Unrepresented Party)* | *(Date)* | *(Print Name)* | *(Attorney I.D. No.)* |

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.
No extension of the Answer/Response Date will be granted even if the parties so stipulate.

30-1061B E-File# 1805070834
31-MAY-18 11:40:50



**First Judicial District of Pennsylvania**
Court of Common Pleas of Philadelphia County
Civil Trial Division

BROWN VS CHILDREN'S HOSPITAL
OF PHILADELPHIA

MAY   Term, 2018

No. 03328

## *In Forma Pauperis Order*

AND NOW, this _____ day of _____, 20_____, it is
hereby **ORDERED** and **DECREED** that:

1. Petitioner be permitted to proceed without paying the costs of this proceeding.

2. Petitioner be permitted to obtain service of the papers filed without cost.

3. Petitioner be permitted to proceed *in forma pauperis* as to any additional costs
which accrue in the course of this proceeding.

4. If there is a monetary recovery by judgment or settlement in favor of the party
permitted to proceed *in forma pauperis*, the exonerated fees and costs shall be taxed
as costs and paid to the Office of Judicial Records by the party paying the monetary
recovery.

5. Petitioner has a continuing obligation to inform the Court of any improvement
in party's financial circumstances that will enable the party to pay costs.

6. Filing party must obtain attested copies of the original pleading for service. If
more than thirty (30) days has expired, the pleading must be reinstated first.

**BY THE COURT:**

_____
                                                **J.**

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Trial Division - Civil

NIAJA Y. BROWN _, pro se_

(your name)

1212 N 64TH ST
PHILADELPHIA PA 19151

(full address)

(area code and telephone number)

BROWN VS CHILDREN'S
HOSPITAL OF PHILADELPHIA

MAY ,TERM, 2018

No. 03328

### _Petition to Proceed In Forma Pauperis_
### _and Without Payment of Bond_

## TO THE HONORABLE, THE JUDGES OF SAID COURT:

Petitioner, NIAJA Y. BROWN , seeks

leave to proceed in this matter in forma pauperis, and respectfully represents that:

1. I am the _Pro Se Filer_ in these proceedings.
2. I reside at _____

1212 N 64TH ST

3. I have listed my sources and amounts of income truly and correctly on the attached affidavit.

i   2 of 8

\\zdralfp 10/18/2016 #1805070834

4. I have the following average monthly expenses for the indicated items:

Housing: $0.00                     Insurance: $160.00

Utilities                          Transportation: $100.00

  (Gas): $78.00                    Medical: $121.00

  (Oil): $0.00                     Loans: $0.00

  (Electric): $100.00              Laundry: $50.00

  (Phone): $100.00                 Child Care: $0.00

Food: $1,000.00                    Child Support: $0.00

Clothing: $200.00                  Other: 0

5. I neither own nor have equity in any assets other than the following (*values in dollar amounts*): House that is in Foreclosure

6. I am unable to pay the costs of these proceedings or to obtain the amount of costs from family or friends.

**WHEREFORE**, Petitioner prays that he/she be permitted to proceed in this matter *in forma pauperis.*

NIAJA Y. BROWN
**Petitioner**

\\zdrailp 10/18/2016 #1805070834

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Civil Trial Division

NIAJA Y. BROWN _____ , *pro se*
(your name)

1212 N 64TH ST
PHILADELPHIA PA 19151

_____
(full address)

_____
(area code and telephone number)

---

BROWN VS CHILDREN'S HOSPITAL
OF PHILADELPHIA

MAY _____ ,TERM, __2018__

No. _____03328_____

## Petitioner's Affidavit
### Pursuant to PA. R.C.P. 240

*COMMONWEALTH OF PENNSYLVANIA*                    *SS*

*COUNTY OF PHILADELPHIA*

1. I, _____ NIAJA Y. BROWN _____ , am the *Pro Se Filer*

in the above matter and because of my financial condition am unable to pay the fees

and costs of prosecuting or defending the action or proceeding.

4 of 8

\\zdral\p 10/18/2016 #1805070834

2. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

(a) Name: NIAJA Y. BROWN

Address: 1212 N 64TH ST
PHILADELPHIA PA 19151

## (b)EMPLOYMENT

*If you are presently employed, stat:*
Employer : Unemployed

Address:

Salary/wages
Per Month:

Type of Work:

**If you are presently unemployed, state:**
Employer & date of last Employment: Children's Hospital of Philad 05-DEC-17

Salary/Wages
Per Month: $17,000.00

Type of Work: Nursing Assista

## (c) OTHER INCOME WITHIN THE PAST TWELVE (12) MONTHS
*(value as dollar amounts)*
Business or Profession: $0.00

Other Self-employment: $0.00

\\zdralfp 10/18/2016 #1805070834

Interest: ___$0.00_____

Dividends: ___$0.00_____

Pension and Annuities: ___$0.00_____

Social Security Benefits: _$0.00_____

Support Payments: ___$0.00_____

Disability Payments: _$0.00_____

Unemployment Compensation &
Supplemental Benefits: _$0.00_____        $0.00_____

Workmans' Compensation: __$0.00_____
Public Assistance: ___$0.00_____

Other: _2000_____

## (d)OTHER CONTRIBUTIONS TO HOUSEHOLD SUPPORT (*value in dollar amounts*)

   (                    )
Name:_____

*If your (                    ) is employed, state:*
Employer:_____

Salary/Wages Per Month:_____

Type of Work:_____
Contributions From Children: ___$0.00_____
Contributions From Parents:___$0.00_____

Other Contributions: __$0.00_____

## (e)PROPERTY OWNED (*state as dollar amounts*)

Cash: _$0.00_____

Checking Account: $400.00

Savings Account: $1,000.00

Certificates of Deposit: $0.00

Real Estate
(Including Home): $0.00

Motor Vehicle:  Make: Nissan Murano      Year: 2007

Cost: $25,000.00      Amount Owed: $0.00

Stocks & Bonds: $0.00

Other: 0

(f) DEBTS AND OBLIGATIONS (*value as dollar amounts*)
Mortgage: $0.00

Rent: $0.00

Loans: $0.00

Other: $0.00

(g) PERSONS DEPENDENT UPON YOU FOR SUPPORT
Enter Relationship, Name, Age


Aset Hosten, 13□
Amunet Hosten, 9

7 of 8

4.  I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5.  I verify that the statements made in this affidavit are true and correct.  I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

Dated:  _____  31 MAY 2018

NIAJA Y. BROWN

_____

*Petitioner*

*Certificate of Service*

I hereby certify that a true and correct copy of the foregoing petition was properly served upon all other parties or their attorney of record on the date listed below.

Date: _____31 MAY 2018_____

_____NIAJA Y. BROWN_____
Petitioner

\\zdrailp 10/18/2016 #1805070834

# Commonwealth Of Pennsylvania
## COUNTY OF PHILADELPHIA

Niaja BROWN
_____
Plaintiff

vs.

Children's Hospital of Phila
_____
Defendant

:
:
:
:
:

Court of Common Pleas

May _____ Term, 20 18

No. 03328

**REC'D MAY 3 1 2018**

## Subpoena to Produce Documents or Things
### for Discovery Pursuant to Rule 4009.22

TO: Childrens  Hospital of  Philadelphia
_____
*(Name of Person or Entity)*

Within twenty (20) days after the service of this subpoena, you are ordered by the Court to produce the following documents or things: The questionnaire with response in connection with obtaining the Flu shot, in addition employee performance record along with work attendance history to prove employee health was maintained regardless of Flu season

at 3401 Civic Center Blvd  Phila. PA  19104
_____
*(Address)*

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

This subpoena was issued at the request of the following person:

Name: Niaja BROWN
Address: 1212 N 64 St
Philadelphia, PA 19151
Telephone: 215. 888. 4882
Supreme Court ID#: _____
Attorney for: _____

BY THE COURT:
Eric Feder
Director, Office of Judicial Records

*Theresa M. Taylor*

PRO _____

10-238 (Rev. 03/2015)