# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIAJA BROWN** *Plaintiff-pro se* | : : : | **CIVIL ACTION** **NO. 18-2363** |
| **v.** | : : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA** *Defendant* | : : : | |

# O R D E R

**AND NOW**, this 9th day of November 2018, upon consideration of Defendant's *motion to dismiss Plaintiff's amended complaint*, [ECF 17], Plaintiff's opposition thereto, [ECF 18], and the allegations contained in the amended complaint, [ECF 10], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, Defendant's motion to dismiss is **GRANTED.** The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*